IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARBONNE INTERNATIONAL, LLC,

    Plaintiff,

v.                                              CASE NO.: 3:16-cv-00373-BJD-JBT

BEAUTY & FRAGRANCE EMPORIUM,
LLC, a Florida Limited Liability Company,
and ANNA GALKA,

    Defendants.
_____/

### DEFENDANT BEAUTY & FRAGRANCE EMPORIUM, LLC'S RULE 26 INITIAL DISCLOSURES

COMES NOW the Defendant, BEAUTY & FRAGRANCE EMPORIUM, LLC ("Defendant BFE"), by and through the undersigned attorney and files "Defendant Beauty & Fragrance Emporium, LLC's Rule 26 Initial Disclosures." Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendant BFE discloses the following information:

**1. The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

| Witness | Subject(s) of Information |
|---|---|
| Anna Galka<br>c/o: The Casey Firm, PLLC<br>630 West Adams Street, #204<br>Jacksonville, FL 32204<br>(904) 354-1010 | Anna Galka is the owner and operator of Beauty & Fragrance Emporium, LLC, and may have knowledge of its operations, financial performance, and communications with suppliers, customers, and other third parties. |
| Beauty & Fragrance Emporium, LLC<br>c/o: The Casey Firm, PLLC<br>630 West Adams Street, #204<br>Jacksonville, FL 32204<br>(904) 354-1010 | Beauty & Fragrance Emporium, LLC, may have its operational data, financial data, and communications between it and its suppliers, customers, and other third parties. |

| | |
|---|---|
| Arbonne International, LLC<br>9400 Jeronimo Rd.<br>Irvine, CA 92618<br>1.800.ARBONNE | Arbonne International, LLC may have its financial and operational data, agreements between it and its consultants, litigation information from prior lawsuits, and communications between it and its employees, customers, suppliers, and other third parties. |
| U.S.P.T.O.<br>Commissioner for Trademarks<br>P.O. Box 1451<br>Alexandria , VA 22313-1451<br>1-800-786-9199 (select option #1) | USPTO may have information concerning filing and prosecution of trademarks at issue. |
| E-Bay, Inc.<br>Custodian of Records<br>2065 Hamilton Avenue<br>San Jose, California 95125<br>(408) 376-7400 | E-Bay, Inc. may have records and information related to products listed for sale by Defendant BFE on E-Bay's website, products sold by Defendant BFE on E-Bay's website, and products purchased by Defendant BFE through E-Bay's website. |
| Bonanza.com, Inc.<br>Custodian of Records<br>3131 Western Ave, Suite 428<br>Seattle, WA 98121 | Bonanza.com, Inc. may have records and information related to products listed for sale and sold by Defendant BFE through Bonanza.com. |
| Vendio Services, Inc.<br>Custodian of Records<br>18 West 18th Street, 9th Floor<br>New York, NY 10011 | Vendio Services, Inc. may have data and information concerning Defendant BFE's website www.beautyemporiumonline.com and products listed for sale and sold by Defendant BFE through such website. |
| PayPal, Inc.<br>Custodian of Records<br>2211 North First Street<br>San Jose, California 95131<br>(402) 935-7733 | Pay Pal, Inc. may have financial records of products purchased and sold by Defendant BFE. |
| Amazon Payments, Inc.<br>Custodian of Records<br>PO Box 81226<br>Seattle, WA 98108<br>866-216-1075 | Amazon Payments, Inc. may have financial records of products sold by Defendant BFE. |
| Yahoo! Inc.<br>Custodian of Records<br>701 First Avenue<br>Sunnyvale, CA 94089 | Yahoo! Inc. may have records of Defendant BFE's business e-mail communications through its e-mail Radaservis@yahoo.com. |

| Google Inc.<br>Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Google, Inc. may have records of Defendant BFE's business e-mail communications through its email beautyemporiumonline@gmail.com. |
|---|---|
| Auctiva, Inc.<br>Custodian of Records<br>360 E. 6th St.<br>Chico, CA 95928 | Auctiva, Inc. may have records of advertisements and disclaimers Defendant BFE used for online sales through www.ebay.com, www.bonanza.com, and/or www.beautyemporiumonline.com. |
| All witnesses identified by Plaintiff | All subjects identified by Plaintiff |

**2.    A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

| Category | Location |
|---|---|
| Business E-mails | Third-party servers that Defendant BFE may access through websites including google g-mail account and yahoo account. |
| Product Purchase Receipts | Product purchase receipts may be available as printed documents stored in business office files, e-mail receipts from www.paypal.com, or from third party servers that Defendant BFE may access through www.paypal.com or www.ebay.com. To the extent Defendant BFE may not have access to historical data it may be available directly from the applicable third party. |
| Product Advertisements | Historical and current product advertisements are available in electronically stored information on third party servers that Defendant BFE may access through websites including www.auctiva.com, www.ebay.com, www.bonanza.com, www.vendio.com, www.paypal.com, and www.payments.amazon.com. To the extent Defendant BFE may not access historical data it may be available directly from the applicable third party. |
| Product Sales Receipts and Records | Product sales receipts and transaction records are available through emails and account transaction history Defendant may access through third party servers for g-mail, yahoo mail, www.ebay.com, www.bonanza.com, www.vendio.com,www.paypal.com, and www.payments.amazon.com. To the extent Defendant BFE may not access historical data it may be available directly from the applicable third party. |
| Financial Transaction Records | Financial Transaction records for all purchases and sales are available from third party servers that Defendant BFE may access through www.paypal.com, and www.payments.amazon.com. To the extent |

|  | Defendant BFE may not access historical data it may be available directly from the applicable third party. |
|---|---|
| All document categories identified by Plaintiff | All locations identified by Plaintiff |

**3.     A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendant asserts that Plaintiff has not incurred any damages. As such, Defendant has not performed any calculation of Plaintiff's alleged damages at the time of this disclosure nor identified or relied on any materials bearing on the nature and extent of the Plaintiff's alleged damages at the time of this disclosure.

**4.     For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendant is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy such judgment.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing "Defendant Beauty & Fragrance Emporium, LLC's Rule 26 Disclosures" was sent by e-mail to the parties listed below on June 6, 2016.

**MARKS GRAY, P.A.**
Edward L. Birk
Florida Bar No.: 68462
Crystal Broughan
Florida Bar No.: 863343
1200 Riverplace Boulevard, Suite #800
Jacksonville, Florida 32207
Telephone:     (904) 398-0900

Fax:  (904) 399-8400
ebirk@marksgray.com
cbroughan@marksgray.com

And

**VORYS, SATER, SEYMOUR AND PEASE, LLP**
Adam C. Sherman, Esq.
Ohio Bar No. 0076850
Pro Hac Vice Admission Pending
301 East Fourth Street, Suite #3500
Cincinnati, Ohio 45202
Telephone:  (513) 723-8598
Fax:  (513) 852-7867
acsherman@vorys.com
msabo@vorys.com
**Attorneys for Plaintiff Arbonne International, LLC**

Respectfully submitted on June 6, 2016.

        **THE CASEY FIRM, PLLC**
        By:*/s/Taylor Wayne Casey*
        Taylor Wayne Casey
        FL Bar No. 87561
        630 West Adams Street, Suite #204
        Jacksonville, FL 32204
        Phone: (904) 354-1010
        Fax: (904)354-1015
        tcasey@thecaseyfirm.com
        **Attorney for Defendants**